UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RYAN STINSON                            CIVIL ACTION NO. 07-0531

VERSUS                                  JUDGE S. MAURICE HICKS, JR.

STATE OF LOUISIANA, ET AL.              MAGISTRATE JUDGE HORNSBY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Record Document 13) filed by defendant Joe Levingston be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 27th day of November, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE